IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 3 0 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

RANDY RAY ARTHUR, )
)
    Plaintiff, )
)
                       ) Civil Action No. 7:15cv257
)
v. )
)
CAROLYN W. COLVIN, ) By: Michael F. Urbanski
Commissioner of Social Security, )     United States District Judge
)
    Defendant. )
)

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on August 12, 2016, recommending this case be remanded to the Commissioner for further consideration. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

Accordingly, it is hereby **ORDERED** that:

1. The report and recommendation (ECF No. 17) is **ADOPTED in its entirety;**

2. Plaintiff's motion for summary judgment (ECF No. 11) is **GRANTED in part;**

3. Defendant's motion for summary judgment (ECF No. 13) is **DENIED;**

4. This case is **REVERSED** and **REMANDED** to the Commissioner for further consideration consistent with the report and recommendation; and

5. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to counsel of record.

Entered: 08 – 30 – 2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge

2